# Court of Appeals
# of the State of Georgia

ATLANTA,  July 24, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1631. ANTOINETTE MARQUES v. LONG TANG.

The magistrate court entered an order and judgment granting a writ of possession in favor of plaintiff Long Tang and against defendant Antoinette Marques.[1] Marques appealed the dispossessory judgment to superior court. The superior court also ruled in Tang's favor, and Marques filed this direct appeal from that judgment.[2] We lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); see also OCGA § 5-6-35 (a) (1). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Marques has failed to follow the proper procedure, we are without jurisdiction to consider this direct appeal.

Accordingly, this appeal is hereby DISMISSED.

---

[1] Federal National Mortgage Association was the original plaintiff, but Tang was later substituted as plaintiff.

[2] Marques filed this appeal in the Supreme Court of Georgia which, finding no basis for it to exercise its jurisdiction, transferred the case to this Court. Case No. S23A0817  (May 16, 2023).



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* __07/24/2023__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*